RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RUDY AGUSTIN



**FILED**
DISTRICT COURT OF GUAM

AUG 16 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-07-00079 |
| ) | |
| Plaintiff, ) | NOTICE OF INTENT TO CHANGE PLEA |
| ) | |
| vs. ) | |
| ) | |
| RUDY AGUSTIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF INTENT TO CHANGE PLEA

Defendant, RUDY AGUSTIN, by and through undersigned counsel, Richard P. Arens, Assistant Federal Public Defender, hereby submits Notice of Intent to waive indictment and plead guilty to the charges contained in the information filed on August 16, 2007.

DATED: Mongmong, Guam, August 16, 2007.

RICHARD P. ARENS
Attorney for Defendant
RUDY AGUSTIN

**ORIGINAL**

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on August 16, 2007:

>RYAN ANDERSON
>Special Assistant United States Attorney
>Sirena Plaza
>108 Hernan Cortez, Ste. 500
>Hagatna, Guam  96910
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA

DATED: Mongmong, Guam, August 16, 2007.

_____
ALEXANDER A. MODABER
Investigator

2