AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

Rudy Agustin, Jr.,

    Defendant.

**NOTICE**

CASE NUMBER: 1:07-cr-00079

[ X ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | 302 |
| | DATE AND TIME<br>Friday, August 17, 2007 at 2:00 p.m. |

TYPE OF PROCEEDING

              PLEA

[ ] **TAKE NOTICE** that the sentencing hearing in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JEANNE G. QUINATA, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| August 16, 2007 | Marilyn B. Alcon |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

TO:  U.S. Attorney's Office      Federal Public Defender
      U.S. Probation Office       U.S. Marshal Service