

1  rudyagustininf

2  LEONARDO M. RAPADAS
   United States Attorney
3  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
4  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

AUG 1 7 2007

JEANNE G. QUINATA
Clerk of Court

7  Attorneys for the United States of America

8  ## IN THE UNITED STATES DISTRICT COURT

9  ## FOR THE DISTRICT OF GUAM

10  UNITED STATES OF AMERICA,               )   CRIMINAL CASE NO. 07-00079

11                     Plaintiff,            )   **AMENDED INFORMATION**

12                                           )   **DISTRIBUTION OF**
                       vs.                   )   **METHAMPHETAMINE**
13                                           )   [21 U.S.C. § 841(a)(1)]
    RUDY AGUSTIN JR.,                        )   (Count I)
14                                           )   **FORFEITURE ALLEGATION**
                       Defendant.            )   [21 U.S.C. § 853]
15  _____ )   (Count II)

16  THE UNITED STATES ATTORNEY CHARGES:

17  ### COUNT I - DISTRIBUTION OF METHAMPHETAMINE

18      Beginning on or about May 11, 2007, and continuing up to on or about May 18, 2007, in

19  the District of Guam, the defendant herein, RUDY AGUSTIN JR., did unlawfully and knowingly

20  distribute .168 grams net weight, of methamphetamine, a schedule II controlled substance, in

21  violation of Title 21, United States Code, Section 841(a)(1).

22  ### COUNT II - FORFEITURE ALLEGATION

23      The allegations of Count I of this Indictment are hereby realleged and incorporated by

24  reference for the purpose of alleging criminal forfeiture pursuant to Title 21, United States Code,

25  Section 853.

26      1. From his engagement in the violation alleged in Count I of the Indictment, punishable

27  by imprisonment for more than one year, the defendant, RUDY AGUSTIN JR., shall forfeit to

28  the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), any and

all real and/or personal property which was involved in the commission of the violation of Title 21, United States Code, Section 841(a)(1) as set forth in Count I respectively, or traceable to such property including, but not limited to the following:

**CASH PROCEEDS**

Approximately $200.00 in U.S. Currency, in that such sum in aggregate was received in exchange for the distribution of controlled substances or is traceable thereto.

**AUTOMOBILES**

One 1988 grey Toyota Pick-Up, Guam License Plate #8669MLL, VIN number JT4VN63C4J0007468.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant RUDY AGUSTIN, JR.:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred, sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent to the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

Dated this _17_ day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney