IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE

CASE NO.: CR-07-00079　　　　　　　　　　　　DATE: August 17, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: None Present | Court Recorder: Virginia T. Kilgore |
| Courtroom Deputy: Virginia T. Kilgore | Electronically Recorded: 2:52:46 - 3:15:35 |
| CSO: F. Tenorio | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Rudy Agustin, Jr. | Attorney: Richard Arens |
| ___ Present ___ Custody ___ Bond ___ P.R. | ___ Present ___ Retained ___ FPD ___ CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: |
| U.S. Probation: Robert Carreon | U.S. Marshal: R. Lumagui / G. Perez |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance / Waiver of Indictment / Plea**

- Defendant consented to his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Waiver of Indictment executed.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty to Amended Information
- Report and Recommendation executed by the Court.
- Sentencing set for: November 15, 2007 at 9:30 A.M.
- Draft Presentence Report due to the parties: October 11, 2007
- Response to Presentence Report: October 25, 2007
- Final Presentence Report due to the Court: November 8, 2007
- Defendant released as previously ordered by this Court with modifications as recommended by Pretrial Services.

NOTES: