# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.
RUDY AGUSTIN, JR.

WAIVER OF INDICTMENT

CASE NUMBER: 07-00079

I, RUDY AGUSTIN, JR. , the above named defendant, who is accused of Distribution of Methamphetamine pursuant to Title 21, United States Code, Section 841(a)(1) and a Forfeiture Allegation pursuant to Title 21, United States Code, Section 853.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/17/2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
DISTRICT COURT OF GUAM

AUG 1 7 2007

JEANNE G. QUINATA
Clerk of Court

_Rudy Agustin Jr._
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer