IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>RUDY AGUSTIN, JR.,<br><br>        Defendant. | CRIMINAL CASE NO. 07-00079<br><br>**REPORT AND RECOMMENDATION<br>CONCERNING PLEAS OF GUILTY<br>IN A FELONY CASE** |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered pleas of guilty to Counts I and II of an Information charging him with Distribution of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and a Forfeiture Allegation, in violation of Title 21, U.S.C. § 853. After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering informed pleas, that the guilty pleas were intelligently, knowingly and voluntarily made, and that the offenses charged are supported by independent bases in fact establishing each of the essential elements of such offenses. I therefore recommend that the pleas of guilty be accepted and that the defendant

///

///

///

be adjudged guilty of such offenses and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED this 17th day of August, 2007.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge

**NOTICE**

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**