IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00079 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ACCEPTING PLEAS OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| RUDY AGUSTIN, JR., | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty to Counts I and II of an Information charging him with Distribution of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and a Forfeiture Allegation, in violation of Title 21, U.S.C. § 853, are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing on November 15, 2007, at 9:30 a.m.

IT IS SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Sep 10, 2007**