# UNITED STATES DISTRICT COURT

DISTRICT OF      **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**RUDY AGUSTIN, JR.**      CASE NUMBER: **CR-07-00079**

TYPE OF CASE:
☐ CIVIL      **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | November 15, 2007 at 9:30 A.M.. | November 20, 2007 at 3:30 P.M.. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 13, 2007      Virginia T. Kilgore
DATE      /s/ (BY) DEPUTY CLERK

TO:      U.S. Attorney's Office
          Law Offices of Federal Public Defender
          U.S. Probation Office
          U.S. Marshals Service