# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

# NOTICE

V.

Rudy Agustin, Jr.     CASE NUMBER: CR-07-00079-001

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Sentencing

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Thursday, December 27, 2007 at 9:00 a.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Monday, January 14, 2008 at 10:30 a.m.** |
|---|---|---|

**JEANNE G. QUINATA,** Clerk of Court
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**December 24, 2007**     /s/ Leilani R. Toves Hernandez
DATE     (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
     Federal Public Defender
     U.S. Probation Office
     U.S. Marshals Service