# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00079  DATE: January 14, 2008

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 10:39:51 - 11:15:59
Carmen B. Santos
CSO: B. Benavente

---

**APPEARANCES:**

Defendant: Rudy Agustin, Jr.  Attorney: Richard Arens
☑Present ☐Custody ☐Bond ☑P.R.  ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: Maria Cruz  U.S. Marshal: T. Muna
Interpreter:  Language:

---

**PROCEEDINGS: Sentencing**

- Defendant's spouse, Colleen Marie Duenas, sworn and examined.
- Defense counsel to research viable alternatives for defendant's drug treatment/rehabilitation for court's consideration at sentencing.
- Proceedings continued to February 14, 2008 at 10:00 a.m.
- Defendant to remain released.

NOTES: