ragustinconsent

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 16 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE CASE NO. 07-00079 |
| Plaintiff, ) | |
| vs. ) | **CONSENT DECREE OF FORFEITURE** |
| RUDY AGUSTIN JR., ) | |
| Defendant. ) | |

**WHEREAS**, the defendant, RUDY AGUSTIN JR., has pleaded guilty to the following counts of an Amended Information: Count I, charging him with Distribution of Methamphetamine in the amount of .168 grams, net weight, in violation of Title 21, United States Code, Section 841(a)(1), and Count II, charging Forfeiture pursuant to Title 21, United States Code, Section 853.

**WHEREAS**, the United States of America, pursuant to Count II (Forfeiture) of the Amended Information, filed August 17, 2007, alleges that certain properties specified therein are proceeds in which the defendant, RUDY AGUSTIN JR., acquired or maintained an interest or had an interest which constituted or were derived from property obtained directly or indirectly

-1-

from, or were involved in the commission of, the trafficking of controlled substance's count in which the defendant RUDY AGUSTIN JR., has pled guilty.

**NOW THEREFORE**, the United States of America by its attorney, Ryan M. Anderson, Special Assistant United States Attorney for the District of Guam, and defendant, RUDY AGUSTIN JR., and his attorney, Richard Arens, hereby agree and stipulate that:

A. The defendant, RUDY AGUSTIN JR., has a legal interest in the following properties:

1) One 1988 grey Toyota Pick-Up, Guam License Plate #8669MLL, VIN number JT4VN63C4J0007468; and

2) $200.00 in United States Currency.

B. The property set forth in Paragraph A above, was involved in the commission of, was acquired from, or was derived from property obtained directly or indirectly in violation of, a violation of Title 21, United States Code, Section 853, and are forfeitable thereby.

C. The defendant, RUDY AGUSTIN JR., hereby waives any further notice to said forfeitures and also consents to forfeiture of all interest in the properties set forth in paragraph A above, including any and all income generated by said properties, and to entry by the Court of a Judgment of Forfeiture, pursuant to Title 21, United States Code, Section 853, for each of the properties set forth at paragraph A above.

DATED this __14__ day of December, 2007.

RUDY AGUSTIN JR.
Defendant

RICHARD ARENS
Assistant Federal Public Defender

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: RYAN M. ANDERSON
Special Assistant U.S. Attorney

-2-