# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00079  DATE: February 14, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 2:19:03 - 3:08:08
CSO: J. Lizama

**APPEARANCES:**
Defendant: Rudy Agustin, Jr.  Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: Maria Cruz  U.S. Marshal: V. Roman
Interpreter:  Language:

**PROCEEDINGS: Sentencing**
- Probation recommends 6 months imprisonment with a term of supervised release to follow.
- Government recommended 6 months imprisonment and 3 years supervised release.
- Government stated that he no longer seeks forfeiture of vehicle. He requested the Court for forfeiture of $200.00 cash - Granted.
- Defendant sentenced to probation for a term of 3 years, with conditions (refer to Judgment for conditions of probation).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- The Court stated that if after six months defendant remains in compliance, the Court may consider reducing the amount of confinement.
- Defendant advised of appeal rights.
- Status Hearing set for: August 14, 2008 at 10:00 A.M.
- Defendant to remain released.

NOTES: