PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: Maria C. Cruz, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[ ] **Original Notice**　　　　　　　　[X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **August 17, 2007** | Date: | **February 14, 2008** |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | **Frances M. Tydingco-Gatewood**<br>**Chief Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **AGUSTIN Jr., Rudy** | Case Number: | **CRIMINAL CASE #07-00079-001** |
| Date of Birth: | **XX-XX-1970** | Place of Birth: | **Tamuning, Guam - USA** |
| SSN: | **XXX-XX-0861** | | |

========================================================================

**NOTICE OF COURT ORDER** (Order Date: **August 17, 2007** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number **XXXXXX** to the custody of the **U.S. Probation Office, District of Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

<u>Distribution:</u>
Original to Clerk of Court
Original to Case File
Department of State
　　☐ Not Convicted - PS40/Passport returned to defendant.
　　☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
　　✓ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)