ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
MARIA C. CRUZ
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00079-001 |
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR RELEASE OF PASSPORT** |
| RUDY AGUSTIN, JR., | ) | |
| Defendant. | ) | |

COMES NOW, U.S. Probation Officer Maria C. Cruz, in the above-captioned case and requests for the release of USA Passport Number XXXXXXXXX to the defendant, Rudy Agustin, Jr. The passport was surrendered to the custody of the U.S. Probation Office pending the disposition of this case. On February 14, 2008, Mr. Agustin was sentenced to three years probation with six months of intermittent confinement.

Dated this 15th day of February 2008.

/s/ MARIA C. CRUZ
U.S. Probation Officer